# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENNARELLI,<br><br>              Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS LLC, a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>              Defendant. | Case No. 2:19-cv-09814-JLS(ADSx)<br>Hon. Josephine L. Staton<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 19, 2021

By _____
Hon. Josephine L. Staton
United States District Judge